Decided May 30, 2001

MARTIN P. HEISE *v.* BRUCE R. ROSOW

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 275 (AC 19596), is denied.

BORDEN, KATZ and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser, Richard P. Weinstein* and *Nathan A. Schatz,* in support of the petition.

*Robert A. Ziegler,* in opposition.

Decided May 30, 2001